UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Dawn Molnar, | : |
| | : |
| | : Civil Action No.: 3:14-cv-00458-JMM |
| Plaintiff, | : |
| v. | : |
| | : |
| Cellco Partnership, d/b/a Verizon Wireless, | : |
| | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. This Stipulation shall not be construed or deemed as an admission of liability, culpability, negligence, or wrongdoing on the part of Cellco Partnership d/b/a Verizon Wireless.

| Dawn Molnar | Cellco Partnership d/b/a Verizon Wireless |
|---|---|
| /s/ Jody B. Burton | /s/ Joel Max Eads |
| Jody B. Burton, Esq. | Joel Max Eads, Esq. |
| Bar No.: 71681 | Trenk, DiPasquale, Della, |
| Lemberg Law, LLC | Fera & Sodono, P.C. |
| 1100 Summer Street, 3rd Floor | The Times Building, Suite 402 |
| Stamford, CT 06905 | 32 Parking Plaza |
| (203) 653-2250 | Ardmore, PA 19003 |
| Attorney for Plaintiff | (610) 645-5600 |
| | Attorney for Defendant |

So Ordered: _____  4/15/15